IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 01 2021

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:21-CR-91 |
| | § | Judge Heartfield |
| JUAN FIDENCIO ROMO-DE LA ROSA | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

(Violation: 18 U.S.C. § 751(a),
Escape from Custody)

On or about October 7, 2020, in Jefferson County, Texas, located in the Eastern District of Texas, the defendant, **Juan Fidencio Romo-De La Rosa**, did knowingly escape or attempt to escape from the custody of the Federal Bureau of Prisons, where the defendant was lawfully confined at the direction of the Attorney General, by virtue of a judgment of conviction for a felony offense by the United States District Court for the Western District of Texas, in Cause No. 4:19-CR-00337(2), for violating 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) and 18 U.S.C. § 922(g)(1).

All in violation of 18 U.S.C. § 751(a).

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
Acting United States Attorney


_____          __09/01/2021_____
NICOLE F. DEMPSEY                 Date
Special Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 1:21-CR-91 |
| | § § | |
| JUAN FIDENCIO ROMO-DE LA ROSA | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 751(a)

Penalty: Imprisonment of not more than five years, a fine not to exceed $250,000 or both; a term of supervised release of not more than three years.

Special Assessment: $100.00