IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:21-CR-91 |
| v. | § | Hon. Judge Heartfield |
| | § | |
| JUAN FIDENCIO ROMO-DE LA ROSA | § | |

## FACTUAL BASIS AND STIPULATION

The government, by and through the undersigned Assistant United States Attorney in and for the Eastern District of Texas, joined by the defendant **Juan Fidencio Romo-De La Rosa**, and the defendant's attorney **David Barlow**, presents this factual basis and stipulation in support of the defendant's plea of guilty to Count One of the indictment, and in support thereof, would show the following:

1. That the defendant **Juan Fidencio Romo-De La Rosa**, hereby stipulates and agrees to the truth of all matters set forth in this factual basis and stipulation, and agrees that such admission may be used by the Court in support of his plea of guilty to Count One of the indictment, alleging a violation of 18 U.S.C. § 751(a) Escape from Custody.

2. That the defendant, **Juan Fidencio Romo-De La Rosa**, who is pleading guilty to such indictment, is one and the same person charged in the indictment.

3. That the events described in the indictment occurred in the Eastern District of Texas.

**Factual Basis and Stipulation - Page 1**

4. That had this matter proceeded to trial, the government, through the testimony of witnesses, including expert witnesses, and through admissible exhibits, would have proven, beyond a reasonable doubt, each and every essential element of the offense alleged in the indictment; specifically, the government would have proven the following stipulated facts:

On October 7, 2020, in Jefferson County, Texas, located in the Eastern District of Texas, Juan Fidencio Romo-De La Rosa, did knowingly escape or attempt to escape from the custody of the Federal Bureau of Prisons, where the defendant was lawfully confined at the direction of the Attorney General, by virtue of a judgment of conviction for a felony offense by the United States District Court for the Western District of Texas, in Cause No. 4:19-CR-00337 (2), for violating 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) and 18 U.S.C. § 922(g)(1).

On October 7, 2020, the defendant, federal inmate Juan Fidencio Romo-De La Rosa, Reg. No. 49675-180, attempted to escape the Medium Security Institution, at the Federal Correctional Complex in Beaumont, Texas, by climbing the exterior fencing. Just prior to the attempted escape, the defendant was seen putting gloves on to protect himself from the razor wire on the fence. The defendant made it over one razor wire fence, and was negotiating the last razor wire fence, when correctional officers were able to apprehend him. Shortly thereafter, the defendant was interviewed by the Federal Bureau of Investigation, and confessed to the attempted escape.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this factual basis and stipulation and the indictment or have had them read to me and have discussed them with my attorney. I fully understand the contents of this factual basis and stipulation and agree without reservation that it accurately describes the events and my acts.

Dated: 12-10-2021

Juan Fidencio Romo-De La Rosa
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this factual basis and stipulation and the indictment and have reviewed them with my client, Juan Fidencio Romo-De La Rosa. Based upon my discussions with the defendant, I am satisfied that the defendant understands the factual basis and stipulation as well as the indictment, and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 12/13/21

David Barlow
Attorney for the Defendant

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*MICHAEL ANDERSON -for-*

_____
NICOLE F. DEMPSEY
Special Assistant United States Attorney
Texas Bar No. 24082077
Eastern District of Texas
550 Fannin Street, Suite 1250
Beaumont, Texas 77701
409/839-2538
409/839-2550 Fax
ndempsey@bop.gov